**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE MACHUCA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01497 DAD JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED FOR HIS FAILURE TO PROSECUTION THIS ACTION AND TO COMPLY WITH COURT ORDERS |

On October 5, 2016, Plaintiff filed the instant action. (Doc. 1)  The next day, the Court issued the summonses (Doc. 3) and its order setting the mandatory scheduling conference to occur on June 16, 2015. (Doc. 4)  In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 3 at 1-2, emphasis added)  Nevertheless, Plaintiff has not filed a proof of service of the summons and complaint and no defendant has appeared in the action.  Moreover, Fed. R. Civ. P. 4(m) requires the plaintiff to serve all defendants within 90 days upon pain of dismissal sua sponte.

1

Therefore, the Court **ORDERS**,

1. No later than January 6, 2017, the plaintiff SHALL show cause in writing why this matter should not be dismissed for his failure to prosecute this action and to comply with the Court's orders;

2. In accordance with Fed. R. Civ. P. 4(m), the Plaintiff SHALL serve the summons and complaint on the defendants and immediately file proof of service;

3. The scheduling conference, currently set on January 9, 2017, is continued to **March 6, 2017** at 9:30 a.m. the United States Courthouse at 510 19th Street, Bakersfield, CA.

**Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated: **December 29, 2016**      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE