1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  JORGE MACHUCA,                          ) Case No.: 1:16-cv-01497 - JLT
                                            )
12              Plaintiff,                  ) ORDER GRANTING PLAINTIFF'S REQUEST
                                            ) FOR AN EXTENSION OF TIME TO APPEAR
13       v.                                 ) THROUGH COUNSEL
                                            )
14  COUNTY OF KERN, et al.,                 )
                                            )
15              Defendants.                 )
                                            )
16  _____       )

17        On August 10, 2017, the Court granted the motion of George Mgdesyan to withdraw as counsel

18  for Plaintiff. (Doc. 23)  The Court ordered Plaintiff to "notify the Court whether he intends to represent

19  himself in this matter or whether he has secured substitute counsel and whether he intends to prosecute

20  this action." (*Id.* at 3)  Plaintiff was directed to file the notification "**[n]o later than September 1,**

21  **2017**." (*Id.*, emphasis in original)  When Plaintiff did not respond, the Court ordered him to show

22  cause why the matter should not be dismissed. (Doc. 24)  Now, the plaintiff indicates he is currently

23  representing himself but is finalizing the agreement with a lawyer to represent him. (Doc. 25) He states

24  that he needs 30 days to complete this arrangement.  Id.

25  ///

26  ///

27  ///

28  ///

1

1         Accordingly, Plaintiff is **GRANTED** until October 20, 2017 to show cause why the action

2   should not be dismissed for failure to prosecute or to follow the Court's Order or, in the alternative, to

3   notify the Court whether he intends to represent himself or has secured counsel.

4

5   IT IS SO ORDERED.

6       Dated:   **September 29, 2017**           **/s/ Jennifer L. Thurston**

7                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28